PAGE 1 CASE NO._____

THE FEDERAL COURT     OF JACKSONVILLE

CICHOWSKI FAMILY,

    Plaintiff

VS

CVS HEALTH CORPORATION;
CVS HEALTH SOLUTIONS, LLC;
CVS PHARMACY, INC.;
CVS RX SERVICES, INC.

    Defendant

Case No.:

3:22 CV 599 - TUC - PDB

FILED
5-31-2022
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# DEMAND FOR JURY TRIAL

CVS Defendant CVS Health Corporation is a Delaware corporation with its principal place of business in Rhode Island. CVS Pharmacy, Inc. is a Rhode Island Corporation with a principal place of business in Rhode Island. CVS Health Corporation and CVS Pharmacy, Inc. are collectively referred to herein as "CVS." CVS, including through its subsidiary and affiliated 14 entities, operates as a chain of retail pharmacies in Florida, and it also operates as a distributor. Also pharmacy technicians, pharmacy managers, and pharmacy service associates (collectively, "pharmacy employees").
1 Old Kings Road South, Palm Coast, FL, 32137

## COMPLAINT

---

Plaintiff THE Cichowski Family herby sues defendant CVS PHARMACY, INC CVS HEALTH CORPORATION; CVS HEALTH SOLUTIONS,LLC; CVS PHARMACY, INC. CVS RX SERVICES, INC. FOR NEGLINGENCE and PUNITIVE DAMAGES.

1. This action for damages in excess of 30,000,000.00 (THIRTY Million Dollars) Plus 700,000.00 Public Notification fund, for ads notifying the pubic of a debt collector working as a pharmacist in a cvs.

2. CVS was Negligent in not Maintaining Health Standards.

3. CVS was Negligent in not keeping a basic check on its pharmacists.

4. CVS was Negligent in allowing essentially a "DEBT SPY" to overhear and directly deal with Patients saying their name giving Medical information without disclosing that they are a debt collector or working with a debt collector.

5. CVS was Negligent in allowing "sophanath kes" a Pharmacist in the 1 Old Kings Road South, Palm Coast, FL, 32137
With access to Medical Records, Identity records, Person and Confidential work, income, Insurance, Medicine, Doctors information, names, addresses, Social-Security information, phone numbers, cctv access, Patient History, and ETC.. INFO TO BE ADDED in DEPOSITION OF CEO.

6. Cvs was Negligent in allowing "sophanath kes" to use his Position as a Pharmacist to follow patients "Cichowski family" and reasonably had access to into and data, and can be reasonably argued "sophanath kes" used his position to debt collect. He was serving and doing Debt collecting work in the area he served as a Pharmacist.

7. CVS was Negligent in not protecting important information, and the people it serves.

8. We ask for Federal Court since this is a Cross State issue.

9. We have meet the Requirements of a federal Lawsuit, by serving Defendant CVS to file in federal court

10. CVS has 10 DAYS to RESPOND upon receiving this.

11. Exhibit A. is "sophanath kes's" he is a public "server" in regular contact with a Debt collector, as this is a Requirement for a serving. IT IS REASONABLE HE USED INFORMATION. SINCE HE WAS SERVING THE SAME PEOPLE HE WAS SERVING.

12. Defendants' failed to comply with Florida law because cvs failed to follow Hipaa laws, medical records laws. AND DEBT LAWS

13. CVS broke the public trust. Cvs is too large of a company to allow this to go on.

Page 3                        CASE NO._____

14. CVS knew or should of knew about MR.s KES employment by a debt collector, as it is public record.

15. CVS should have trained and supervised their Pharmacist better.

16. The Cichowskis can no longer go to CVS for reasonable fear of Retaliation. THIS PERSON DOES HAVE ACCESS TO MEDICAL RECORDS AND MEDICATIONS.

17. WITHOUT REFRENCING THE CVS NAME OR GIVING REFENCE, WE ASKED 50 PEOPLE WHAT THEY THOUGH ABOUT THIS SITUAUTION, AND GIVING THEIR REACTING WE DEMAND A FULL JURY TRIAL.

18. WE also ask for mr kes PHONE, LOCATION, and, TEXTs DATA be SUBPOENAED

19. WE ALSO PUT ON NOTICE **KAREN S. LYNCH** TO be SUBPOENAED FOR TRIAL

20. WE HAVE FULFILLED THE REQUIREMENDS FOR FEDERAL COURT

21. THE FEDERAL COURT HAS JURISDICTION, ACROSS STATE LINES. AND A RHODE ISLAND COMPANY HIDING IN DELAWARE. SO THIS COURT HAS FULL AUTHORITY.

22. WHEREFORE, Plainiff demands judgment in excess of 15,000,000.00 (Fifteen Million Dollars) Plus 700,000.00 Public Notification fund, for ads notifying the pubic of a debt collector working as a pharmacist in a cvs.

23. WHEREFORE, Plainiff demands PUNITIVE DAMAGES JUDGEMENT in excess of 15,000,000.00 (Fifteen Million Dollars)

24. Plaintiff reserves the right to amend complaint. Based on info that comes out on this case.

24. **THIS CASE SHOULD COME TO JURY AS FAST AS POSSIBLE. CVS CREATED A PUBLIC HEALTH DANGER.**

cvslawsuitflorida@gmail.com
the Cichowski Family

37 Cleveland court Palm coast Florida 32137

## Affidavit of Process Server

FOR FEDERAL COURT OF JACKSONVILLE FLORIDA
(NAME OF COURT)

CICHOWSKI vs CVS HEALTH et;al   NONE
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE NUMBER

KENNETH VIEIRA, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I [x] served [ ] was unable to serve: CVS
NAME OF PERSON TO BE SERVED

with (list documents) DEMAND FOR JURY TRIAL

by leaving with CT CORP RA BY LOGGING IN BOOK AND PLACING IN BASKET, ROB ORTIZ MAINTAINS At
NAME   RELATIONSHIP / POSITION

[ ] Residence _____
ADDRESS   CITY / STATE

[x] Business 450 VETERANS MEMORIAL PARKWAY STE 7A   EAST PROVIDENCE RI 02914
ADDRESS   CITY / STATE

On MAY 27, 2022   At 12:47 PM
DATE   TIME

Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

Manner of Service:

[ ] Personal: By personally delivering copies to the person being served.
[ ] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
[ ] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
[x] Corporate: By personally delivering copies to the person named above.
[ ] Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

[ ] Unknown at Address   [ ] Moved, left no Forwarding   [ ] Service Cancelled by Litigant   [ ] Unable to Serve in Timely Fashion
[ ] Address Does Not Exist   [ ] Other

Service Attempts: Service was attempted on: (1) _____ _____ (2) _____ _____
DATE   TIME   DATE   TIME

(3) _____ _____ (4) _____ _____ (5) _____ _____
DATE   TIME   DATE   TIME   DATE   TIME

Description: Age ____ Sex ____ Race ____ Height ____ Weight ____ Hair ____ Beard ____ Glasses ____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this ____ day of _____, 20__ by _____.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _____

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS